**Order filed, November 8, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00216-CV

———————

### JOE ALFRED  IZEN JUNIOR, Appellant

### V.

### BRIAN LAINE AND KIMBERLY LAINE, Appellees

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2013-28211**

## ORDER

The reporter's record in this case was due **October 4, 2018**.  *See* Tex. R. App. P. 35.1.  On October 8, 2018, this court ordered the court reporter to file the record within 15 days.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Gina Jackson**, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.  No further extension will be entertained

absent exceptional circumstances. If **Gina Jackson** does not timely file the record as ordered, we will issue a show cause order directing the court reporter to appear before this court on a date certain to show cause why the reporter should not be held in contempt for failing to file the record as ordered.  Contempt of court is punishable by a fine and/or confinement in jail.


PER CURIAM